128

In the Matter of the Application of EASTMAN KODAK COMPANY, a New York Corporation, for a Writ of Prohibition against and/or a Writ of Mandamus to the Honorable Oliver B. Dickinson, District Judge of the United States for the Eastern District of Pennsylvania, and the District Court of the United States for the Eastern District of Pennsylvania.

No. 4565.

Circuit Court of Appeals, Third Circuit.

Feb. 16, 1931.

Charles W. Riley, of New York City, for petitioner.

Thomas Raeburn White, of Philadelphia, Pa., for United States District Court.

Before BUFFINGTON and WOOLLEY, Circuit Judges, and THOMPSON, District Judge.

PER CURIAM.

The questions raised on this motion are substantially the same as those raised on a like motion of the Eastman Kodak Company, a New Jersey Corporation, 48 F.(2d) 125, which we have just considered and decided.

The motion of this petitioner for a writ of prohibition is denied.